IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTIN T. SIGILLITO,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. 10-MC-461-LRR<br><br>**ORDER** |

_____

The matter before the court is Movant Martin T. Sigillito's "Motion for Clarification of Court's Order of August 30, 2010, Granting the Government's Motion For an Extension of Time to File its Response to Movant's Rule 41(g) Motion for Return of Seized Property" ("Motion") (docket no. 7). The Motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED** this 13th day of September, 2010.

*[signature]*
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA