IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN T. SIGILLITO, | | |
| Movant, | ‖ | No. 10-MC-461-LRR |
| vs. | ‖ | **ORDER** |
| UNITED STATES OF AMERICA, | | |
| Respondent. | | |

_____

The matters before the court are the government's "Motion to File Under Seal" (docket no. 10), and the government's "Motion for Leave to File Over-Length Response to Movant's Motion for Return of Property Under Rule 41(g)" (docket no. 11) ("Motions"). For the reasons stated in the Motions, the Motions are **GRANTED**.

**IT IS SO ORDERED.**

**DATED** this 24th day of September, 2010.

_[signature]_
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA