UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTIN T. SIGILLITO, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:10MC00461 LRR |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to file its Response to Document No. 48 under seal.

Respectfully submitted,
ERIC H. HOLDER, JR.
United States Attorney General
BETH PHILLIPS
United States Attorney
WESTERN DISTRICT OF MISSOURI

*s/ Jess E. Michaelsen*
JESS E. MICHAELSEN, #52253
Special Attorney to the United States Attorney General
Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri  64106
Telephone:  (816) 426-3122

*s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
Assistant United States Attorney
111  South 10th Street, Room 20.333
St. Louis, Missouri  63102
Telephone:  (314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

**Douglas P. Roller**
droller@hnjlaw.com,jselinger@hnjlaw.com

   *s/ Jess E. Michaelsen*
JESS E. MICHAELSEN, #52253
Special Attorney to the United States Attorney General

   *s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
Assistant United States Attorney